IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES BETHEL, | ) | |
| Plaintiff, | ) ) ) | 4:16CV3009 |
| v. | ) ) ) | **ORDER** |
| STATE OF NEBRASKA, | ) ) | |
| Defendant. | ) ) | |

This court previously denied Plaintiff leave to proceed on appeal in forma pauperis because Plaintiff signed neither his Notice of Appeal (Filing No. 7), nor his Motion for Leave to Appeal in Forma Pauperis (Filing No. 8). Rather, the documents were signed by someone identifying himself as "Aaron agent man, sine prejudicium," in violation of Federal Rule of Civil Procedure 11(a). That rule requires all pro se parties to personally sign every pleading, written motion, and other paper they submit to the court. (Filing No. 9.)

Plaintiff has filed an Objection (Filing No. 11) to this order. For the same reasons discussed in this court's prior order (Filing No. 9), Plaintiff's Objection shall be denied.

IT IS ORDERED that Plaintiff's Objection (Filing No. 11) to this court's prior order (Filing No. 9) is denied.

DATED this 18th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge